**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Nads LLC<br><br>        Plaintiff<br><br>     v.<br><br>Patriot Bank, N.A.,<br>First-Citizens Bank & Trust Company<br>d/b/a Silicon Valley Bank,<br>Carmel Solutions LLC,<br>Parker Warehouse III LLC<br><br>        Defendants. | Case No.: 1:26-cv-5069 |

 **[PROPOSED] ORDER AUTHORIZING INTERPLEADER DEPOSIT**

Plaintiff Nads LLC ("Nads"), having moved pursuant to 28 U.S.C. § 1335 for an Order authorizing the deposit of interpleader funds into the registry of the Court, and good cause appearing therefore, it is HEREBY ORDERED as follows:

1.    Nads is authorized to deposit into the registry of the Court the sum of $264,609.98 (the "Amount Payable"), representing amounts allegedly owed in connection with Nads' Parker Business Card account and which are the subject of competing claims asserted by Defendants in this action, and the Related Action (.

2.    Within seven days of entry of this Order, Nads shall deliver the Amount Payable to the Clerk of Court in accordance with the procedures established by the Clerk for deposits into the Court Registry Investment System ("CRIS").

3.      The Clerk of Court shall accept and deposit the Amount Payable into the Disputed Ownership Fund ("DOF") within CRIS, where such funds shall remain pending further Order of the Court.

4.      The Amount Payable shall be invested and administered in accordance with the policies and procedures governing CRIS and the Local Rules of this Court.

5.      Pursuant to Local Civil Rule 67.1 of the United States District Courts for the Southern and Eastern Districts of New York, the Clerk shall deduct from the income earned on the investment of the Amount Payable such registry fees as are authorized by the Judicial Conference of the United States and applicable law.

6.      This Order is without prejudice to Nads' right to seek discharge from further liability, dismissal from this action, attorneys' fees and costs, injunctive relief pursuant to 28 U.S.C. § 2361, and such other relief as may be appropriate.

SO ORDERED.

DATED: _____6/17/_____, 2026

_____
Hon. Jed S. Rakoff, U.S.D.J.