**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Nads LLC<br><br>Plaintiff<br><br>v.<br><br>Patriot Bank, N.A.,<br>First-Citizens Bank & Trust Company<br>d/b/a Silicon Valley Bank,<br>Carmel Solutions LLC,<br>Parker Warehouse III LLC<br><br>Defendants. | Case No.: 1:26-cv-5069<br><br>ORDER AUTHORIZING PARTIAL INTERPLEADER DISBURSEMENT<br>(28 U.S.C. § 1335) |

Interpleader funds in the amount of $264,609.98 were previously deposited into the Disputed Ownership Fund ("DOF") in the Court Registry Investment System ("CRIS") pursuant to an Order of this Court on June 17, 2026. ECF No. 19. By Order dated August 28, 2026, the Court awarded Plaintiff Nads LLC attorneys' fees and costs in the amount of $12,506.00, payable from the deposited funds. ECF No. 56.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk of Court is directed to withdraw and disburse $12,506.00 from the funds held in the DOF in CRIS in this action, payable to Axenfeld Law Group LLC on behalf of Plaintiff Nads LLC, representing the attorneys' fees and costs previously awarded to Plaintiff (the "Attorney Fees").
2. Any applicable registry fees or administrative charges associated with the funds held in the DOF in CRIS shall be addressed at the time of final disbursement of the remaining

deposited funds, pursuant to further Order of the Court. No such fees or charges shall be deducted from the Attorney Fees awarded to Plaintiff pursuant to this Order.

3. All remaining funds, including any accrued interest, shall remain on deposit in the DOF in CRIS pending further Order of the Court. No other disbursement is authorized by this Order.

4. Defendants reserve their rights and claims to seek, between and among each other, reimbursement of the Attorney Fees to be paid to Plaintiff hereunder, together with interest and fees accruing on the deposited funds, as part of their respective claims, counterclaims, or third-party claims in the Related Action captioned *First-Citizens Bank & Trust Company d/b/a Silicon Valley Bank v. Patriot Bank, N.A.*, No. 1:26-cv-03810-JSR, or to disclaim liability for the Attorney Fees.

5. Nothing in this Order shall supersede, modify, vacate, or otherwise affect any provision of the Court's August 28, 2026 Order, which shall remain in full force and effect.

SO ORDERED

Dated: 11/24/26

New York, New York

Hon. Jed S. Rakoff, U.S.D.J.